UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL G. FLESCH,

        Plaintiffs,

v.

COUNTY OF LAKE, et al.,

        Defendants.

Case No. 21-cv-02018-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 12/10/21 at 3:00 PM.
Joint Case Management Statement due: 12/3/2021. Parties should be prepared to discuss ADR and timeframe for completion of ADR.

DISPOSITIVE MOTIONS **SHALL** be filed by; 10/14/2022;
    Opp. Due: 11/11/2022; Reply Due: 12/2/2022;
    and set for hearing no later than 12/16/2022 at 10:00 AM.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/19/2022.

DESIGNATION OF EXPERTS: 1/9/2023; REBUTTAL: 1/20/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/10/2023.

PRETRIAL PAPERWORK due: 3/21/2023;
PRETRIAL CONFERENCE DATE: 4/4/2023 at 3:30 PM.

JURY TRIAL DATE: 4/17/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: September 30, 2021

_____
SUSAN ILLSTON
United States District Judge

2