UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL G. FLESCH,

        Plaintiffs,

    v.

COUNTY OF LAKE, et al.,

        Defendants.

Case No.  21-cv-02018-SI  (SI)

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 12/2/2022 at 3:00 PM.
Joint Case Management Statement due:  11/25/2022.

NON-EXPERT DISCOVERY CUTOFF is: 12/22/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/27/2023;
    Opp. Due: 4/27/2023; Reply Due: 5/18/2023;
    and set for hearing no later than 6/2/2023 at 10:00 AM.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 7/7/2023; REBUTTAL: 7/21/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/22/2023.

PRETRIAL PAPERWORK due:  9/12/2023;
PRETRIAL CONFERENCE DATE: 9/26/2023 at 3:30 PM.

JURY TRIAL DATE: 10/10/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 27, 2022

SUSAN ILLSTON
United States District Judge