MAYALL HURLEY, P.C.
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209) 477-3833
JENNY D. BAYSINGER
CA State Bar No. 251014
jbaysinger@mayallaw.com

Attorneys for Defendant County of Lake

Wendy Musell (State Bar No. 203507)
LAW OFFICES OF WENDY MUSELL
180 Grand Ave. Suite 1300
Oakland, CA 94612
Telephone: (510) 270-2252
Facsimile: (510) 228-1391
wmusell@wendymuselllaw.com

Alan J. Reinach, State Bar No. 196899
Jonathon S. Cherne, State Bar No. 281548
Church State Council
2686 Townsgate Road
Westlake Village, CA 91361
Phone: (805) 413-7398; Fax: (805) 497-7099
Email: ajreinach@churchstate.org

Attorneys for Plaintiff Daniel Flesch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel G. Flesch,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>County of Lake, Robert Brown, in his individual capacity and DOES 1-50, inclusive,<br><br>　　　　Defendants | Case No. 3:21-cv-02018<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>Status Conference Date: December 16, 2022<br>Time:　　　　　　　　　　　3:00 p.m.<br>Dept.:　　　　　　　　　　　Via Zoom<br>Judge:　　　　　　Hon. Susan Illston |

Pursuant to Federal Rule of Civil Procedure 26, the Standing Order for All Judges of Northern District of California, and this Court's Minute Order issued June 27, 2022 (Dkt. No. 74) and November

23, 2022 (Dkt. No. 80), Plaintiff Daniel Flesch ("Plaintiff" or "Flesch") and Defendant County of Lake ("County") hereby submit this Joint Case Management Conference Statement.

**1.      SETTLEMENT AND ADR**

The Parties participated in private mediation with Patricia Gillette, Esq. on November 2, 2022. During the mediation session, a mediator's proposal was issued that has since been approved by all Parties (and County's Board of Supervisors and insurance carrier). The Parties are working on a long-form settlement agreement and expect that will be executed within the next two (2) weeks. Thereafter, Plaintiff will dismiss the matter with prejudice.

Defendant provided a draft settlement agreement to Plaintiff on December 7 and a revised agreement on December 8, 2022. Plaintiff is reviewing the draft settlement agreement.

**PROFESSIONAL CONDUCT**

All attorneys have reviewed the Guidelines for Professional Conduct for the Northern District of California and are familiar with the obligations and requirements outlined therein.

Respectfully submitted,

DATED: December 8, 2022          MAYALL HURLEY P.C.

By: */s/ Jenny D. Baysinger*
*(Authorized on December 8, 2022)*
Jenny D. Baysinger
Attorneys for Defendant, County of Lake

DATED: December 8, 2022          LAW OFFICES OF WENDY MUSELL
CHURCH STATE COUNCIL

By:  */s/ Wendy Musell*
Wendy Musell
Alan Reinach
Maraka Willits
Attorneys for Plaintiff, Daniel G. Flesch