**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** January 20, 2023 | **Time:** 11:16 – 11:17<br>1 Minute | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 21-cv-02018-SI | **Case Name:** Flesch v. County of Lake | |

**Attorney for Plaintiff:** Alan Reinach
**Attorney for Defendant:** Jenny D. Baysinger

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference – held via Zoom webinar.

## SUMMARY

The parties confirmed that settlement funds have been received. The parties are waiting for the checks to clear and then will file the Dismissal for the case. The Court set a further Status Conference in case the Dismissals are not filed within the one week.

CASE CONTINUED: **1/27/2023 at 3:00 PM for Further Status Conference by Zoom webinar.**