1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Daniel G. Flesch, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.  3:21-CV-02018-SI |
| vs. | ) | **ORDER OF DISMISSAL** |
| County of Lake | ) | |
| Defendant. | ) | |

WHEREAS attorneys for the parties have stipulated and agreed to dismissal of this action, as the case has been settled, this matter is hereby dismissed.

IT IS SO ORDERED.

Dated: January 27, 2023

By: *Susan Illston*
Hon. Susan Illston
United State District Court Judge